| UNITED STATES DISTRICT COURT | | SOUTHERN DISTRICT OF TEXAS |
|---|---|---|

United States of America, §
§
    Plaintiff, §
§
versus §     Criminal H-93-172-1
§     (Ancillary Civil Action H-13-914)
Richard Hugly, §
§
    Defendant. §

## Order on Denial

Richard Hugly's motion to vacate under 28 U.S.C. § 2255 is denied. (361)

Signed on April 2, 2013, at Houston, Texas.

_____
Lynn N. Hughes
United States District Judge